IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
v.                                                                                      66cv06639 WJ/WPL

R. LEE AAMODT *et al.*,

      Defendants,
  and

UNITED STATES OF AMERICA,
PUEBLO DE NAMBÉ,
PUEBLO DE POJOAQUE,
PUEBLO DE SAN ILDEFONSO,
and PUEBLO DE TESUQUE,

      Plaintiffs-in-Intervention.

## ORDER STRIKING DEFENDANT PAUL WHITE'S JANUARY 8, 2016 OBJECTION TO ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on the State of New Mexico's Unopposed Motion to Strike Without Prejudice Defendant Paul White's January 8, 2016 Objection to Order to Show Cause as Being Untimely, Doc. 10757, filed July 15, 2016.

On December 28, 2015, Special Master Pierre Levy ordered subfile defendants whose water rights are served by water diverted from the Rio en Medio and conveyed through a common ditch to the Rio Chupadeor to show cause why the priority date for those water rights should not be determined to be the priority date proposed by the State for that Defendant's ditch. *See* Order to Show Cause, Doc. 10426.  On January 8, 2016, Paul White filed an Objection to Order to Show Cause in which he does not object to the priority date for his ditch, but instead objects to the priority date proposed for other ditches. *See* Doc. 10436.  Mr. White's objection to the priority dates for ditches other than his own ditch is premature.  Mr. White will have the

opportunity to object to priority dates for ditches other than his own during the later *inter se* phase of this water rights adjudication.  Mr. White does not object to the State's Motion to strike his Objection and no responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's Unopposed Motion to Strike Without Prejudice Defendant Paul White's January 8, 2016 Objection to Order to Show Cause as Being Untimely, Doc. 10757, filed July 15, 2016, is **GRANTED.**

_____
**WILLIAM P. LYNCH**
**UNITED STATES MAGISTRATE JUDGE**